

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Order Filed on March 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
973- 325-8800
File No.: 03-009225-B01
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for BANK OF AMERICA, N.A., Secured Creditor

Case No.: **23-10301-VFP**

Chapter 13

Judge Vincent F. Papalia

In Re:

**Jocelyn L Abrenica fka Jocelyn L Gran**

Debtor(s).

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION
## TO CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: March 14, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2 of 2)

Debtor: Jocelyn L Abrenica fka Jocelyn L Gran
Case No.: 23-10301-VFP
Caption of Order: Order Resolving Secured Creditor's Objection to Chapter 13 Plan

This matter having been brought before the Court by Jocelyn L Abrenica fka Jocelyn L Gran (the "Debtor(s)") by and through counsel, MINION & SHERMAN, with the filing of a proposed Chapter 13 Plan, and an objection to confirmation of the Plan having been filed by BANK OF AMERICA, N.A. (the "Secured Creditor"), who holds a mortgage on the real property located at 46 Wenonah Ave, Lake Hiawatha, NJ 07034-2717 (the "Subject Property"), and this Court having considered the submissions of the parties and the parties having addressed the objection, and for good cause having been shown; it is ORDERED

1. That Secured Creditor's objection to confirmation is hereby overruled subject to the following conditions.

2. That the arrearage claims of Secured Creditor, as reflected in Secured Creditor's filed Proof of Claim or most recently filed Amended Proof of claim if applicable, shall be paid in full through any confirmed Plan.

3. That should the Debtor(s) file a Modified Plan in the future, this Order shall apply to any confirmed Modified Plan.

4. That Secured Creditor retains the right to object to any proposed Modified plan.

5. That Debtor(s) shall make all post-petition payments in accordance with the terms of the Note, Mortgage, and any Notice of Mortgage Payment Change or Loan Modification agreed to between the Secured Creditor and the Debtor(s).

6. That Debtor(s) retain(s) the right to object to Secured Creditor's Proof of Claim and any Notice of Mortgage Payment Change.