Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10301−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jocelyn L Abrenica
    fka Jocelyn L Gran
    46 Wenonah Ave
    Lake Hiawatha, NJ 07034

Social Security No.:
    xxx−xx−5216

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 26, 2023.

Dated: April 26, 2023
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10301-VFP |
| Jocelyn L Abrenica | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: plncf13 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jocelyn L Abrenica, 46 Wenonah Ave, Lake Hiawatha, NJ 07034-2717 |
| 519811246 | + | Louie Abrenica, 46 Wenonah Ave, Lake Hiawatha, NJ 07034-2717 |
| 519821571 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 26 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 26 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 20:52:27 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519811236 | + | Email/PDF: bncnotices@becket-lee.com | Apr 26 2023 21:03:09 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519811237 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 20:41:00 | Bac Home Loans Servici, 450 American St, Simi Valley, CA 93065-6285 |
| 519811238 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519854531 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 26 2023 20:41:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519811239 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 26 2023 20:42:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519811240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 26 2023 20:52:40 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519829183 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 20:42:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519816380 | | Email/Text: mrdiscen@discover.com | Apr 26 2023 20:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519811241 | + | Email/Text: mrdiscen@discover.com | Apr 26 2023 20:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519811242 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 20:41:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519821118 | + | Email/Text: EBN@edfinancial.com | Apr 26 2023 20:41:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 519811243 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 26 2023 20:41:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, |

Case 23-10301-VFP    Doc 24    Filed 04/28/23    Entered 04/29/23 00:15:17    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: plncf13 | Total Noticed: 27 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240-2013 |
| 519811244 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2023 20:41:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 519862801 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 20:52:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519868553 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 20:52:40 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 519869543 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 20:52:40 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |
| 519811482 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 20:52:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519811247 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 20:52:37 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519811248 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 20:52:52 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519811249 | | Email/Text: bankruptcy@td.com | Apr 26 2023 20:42:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519811250 | | Email/Text: bankruptcy@td.com | Apr 26 2023 20:42:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519857216 | * | BANK OF AMERICA, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519811245 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bank of America  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  N.A. dmcdonough@flwlaw.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: plncf13 | Total Noticed: 27 |

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott D. Sherman
    on behalf of Debtor Jocelyn L Abrenica ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5